950 F.2d 722
 Kurz (Robert), a/k/a Kurz (Bob, Sr., Rosemary), t/a Blue
Line Cab, Kurz (Robert, Jr., Shawn, Steven, Margaret)
v.
Mairone (Anthony), Altimari (Angelo), Scarcelli (John),
Piccone (Paul, Steven, X.), Bolot (Ellis), Finn (Pat,
Barney, Joseph, James), Smith (William), John Doe #1, #2,
Active Auto Sales, Inc., Kutner Buick, Inc, Brown (George),
Orthodox Auto Co., Inc., Bankhead (John), Slivak (Steven),
Anderson (Pernell), Ruffling (Vincent), Abel (James), John Doe
 NO. 90-1787
 United States Court of Appeals,
Third Circuit.
 NOV 20, 1991
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 APPEAL DISMISSED.